MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 2, 2022

The Govt's request to exclude speedy trial time from Sept. 6, 2022 until Sept. 13, 2022 is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 24.
Dated:  White Plains, NY
              Sept. 2, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:    *United States v. Teddy Pinero, Jr.*, 22 Cr. 441 (NSR)

Dear Judge Román:

An initial pretrial conference is scheduled in the above-captioned case on September 13, 2022, at 10:30 AM.  At defendant's arraignment on August 23, 2022, Judge Davison excluded time under the Speedy Trial Act to no later than September 6, 2022. The Government respectfully requests that the Court exclude time under the Speedy Trial Act until September 13, 2022, pursuant to 18 U.S.C. § 3161(h), because the requested exclusion of time reflects scheduling constraints and will allow the parties to appear before Your Honor for the initial pretrial conference. Accordingly, the interests of justice outweigh the public's and the defendant's interest in a speedy trial. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    __/s/ Steven J. Kochevar_____
         Steven J. Kochevar
         Assistant United States Attorney
         (914) 993-1928

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2022

cc:     Peter Batalla, Esq. (by ECF)