UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

USA

    - against -

TEDDY PINERO, JR.,

                        Defendant.

--------------------------------------------------------X

22 Cr. 00441-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated March 14, 2023, is approved and accepted.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
       April 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2023