UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

|  |  |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | |
| | 22 CR 441 (NSR) |
| TEDDY PINERO JR., | |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person Sentencing scheduled for June 23, 2023 is hereby

ORDERED **rescheduled, without objection by the parties, to July 7, 2023 at 10:00 am.**

The public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:    White Plains, New York
          June 9, 2023

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/9/2023___